MARSHALL LOUNSBURY, by HARVEY M. LOUNSBURY, His Guardian ad Litem,

Respondent, v. WESLEY J. HARRINGTON, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.